IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BUFFALO RIVER WATERSHED ALLIANCE;
ARKANSAS CANOE CLUB; NATIONAL PARKS
CONSERVATION ASSOCIATION;
and OZARK SOCIETY                                                          PLAINTIFFS

v.                              No. 4:13-cv-450-DPM

DEPARTMENT OF AGRICULTURE, Tom
Vilsack, in his official capacity as Secretary,
United States Department of Agriculture;
SMALL BUSINESS ADMINISTRATION,
Jean Hulit, in her official capacity as Administrator,
Small Business Administration, and Linda Nelson,
in her official capacity as Arkansas District Director,
Small Business Administration; FARM SERVICE
AGENCY, Juan Garcia, in his official capacity as
Administrator, Farm Service Agency, and Linda
Newkirk in her official capacity as Arkansas
State Executive Director, Farm Service Agency              DEFENDANTS

ORDER

The Court appreciates the parties' stipulation, № 40. It moots the motion for judicial notice, № 30, which the Court therefore denies. The Court wonders whether the parties can stipulate about the attachments to the Chang affidavit, № 33-3, 33-4, 33-5, & 33-6. This would remove a lawyer-as-witness shadow. MOD. R. PROF. COND. 3.7; ARK. R. PROF. COND. 3.7. The Court also directs the Clerk to correct the docket: First, № 41 is Defendants' response to

Plaintiffs' statement of undisputed material facts; second, Maria Contreras-Sweet should be substituted for Defendant Jean Hulit. FED. R. CIV. P. 25(d); № 41 at n.1.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

6 May 2014