IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BUFFALO RIVER WATERSHED ALLIANCE;
ARKANSAS CANOE CLUB; NATIONAL PARKS
CONSERVATION ASSOCIATION; and
OZARK SOCIETY                                                   PLAINTIFFS

v.                              No. 4:13-cv-450-DPM

DEPARTMENT OF AGRICULTURE, Tom
Vilsack, in his official capacity as Secretary,
United States Department of Agriculture;
SMALL BUSINESS ADMINISTRATION,
Maria Cantreras-Sweet, in her official capacity as Administrator,
Small Business Administration, and Linda Nelson,
in her official capacity as Arkansas District Director,
Small Business Administration; and FARM SERVICE
AGENCY, Val Dolcini,* in his official capacity as
Administrator, Farm Service Agency, and Linda
Newkirk, in her official capacity as Arkansas
State Executive Director, Farm Service Agency          DEFENDANTS

ORDER

The Court appreciates and approves the parties' stipulation about attorney's fees. № 77. Plaintiffs' motion for attorney's fees and costs, № 72, is denied as moot.

---

*The Court directs the Clerk to amend the docket to reflect the current Administrator of the Farm Service Agency, Val Dolcini. FED. R. CIV. P. 25(d).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2015